38 F.3d 462w
 30 Fed.R.Serv.3d 477, 40 Fed. R. Evid. Serv. 985
 Maria E. ESPINOZA; Gilbert Espinoza; Mary Ellen Cale,
guardian ad litem, Plaintiffs-Appellees,
v.
Brian DUNN; Geody Okamoto; Patrick Martin; Dan Smith,
Defendants-Appellants.
 Nos. 91-56353, 91-56389 and 92-56018.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Dec. 7, 1993.
 Decided Oct. 20, 1994.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 38 f.3d 466.